THE STATE OF OHIO, APPELLEE, *v.* HUMPHREY, APPELLANT.

[Cite as *State v. Humphrey* (1995), 72 Ohio St.3d 315.]

316

(No. 94–2736—Submitted March 21, 1995—Decided June 14, 1995.)

*Mathias H. Heck, Jr.,* Montgomery County Prosecuting Attorney, and *George A. Katchmer,* Assistant Prosecuting Attorney, for appellee.

*Paul M. Humphrey, pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed on authority of *State v. Reddick* (1995), 72 Ohio St.3d 88, 647 N.E.2d 784.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.